OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

# ACKNOWLEDGMENT OF HEARING NOTICE (PORTLAND)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | Nos. 12-35238, 12-35319 |
| Case Title | Obsidian Finance Group, LLC et al. v. Cox |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | Nov. 6, 2013 | Time | 9:00 am | Courtroom | 2nd Floor Courtroom |
| Location | Portland | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Eugene Volokh |
| Address | UCLA School of Law<br>405 Hilgard Ave. |

| | | | | | |
|---|---|---|---|---|---|
| City | Los Angeles | State | CA | Zip Code | 90095 |
| Phone | (310) 206-3926 | Email Address | volokh@law.ucla.edu | | |

| | |
|---|---|
| Party/parties represented | Crystal Cox |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Eugene Volokh | Date | Sept. 13, 2013 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200