# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PORTLAND)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-35238, 12-35319 |
| Case Title | Obsidian Finance Group, LLC et al v. Cox |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 11/06/13 | Time | 9:00 a.m. | Courtroom | 2nd Floor Courtroom |
| Location | Pioneer Courthouse, Portland, Oregon | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Steven M. Wilker |
| Address | Tonkon Torp LLP<br>888 SW Fifth Avenue, Suite 1600 |

| | | | | | |
|---|---|---|---|---|---|
| City | Portland | State | OR | Zip Code | 97204 |
| Phone | (503) 802-2040 | Email Address | steven.wilker@tonkon.com | | |

| | |
|---|---|
| Party/parties represented | Obsidian Finance Group, LLC |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Steven M. Wilker | Date | 9/17/13 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200