FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OBSIDIAN FINANCE GROUP, LLC; KEVIN D. PADRICK, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CRYSTAL COX, <br><br> Defendant - Appellant. | No. 12-35238 <br><br> D.C. No. 3:11-cv-00057-HZ District of Oregon, Portland <br><br> ORDER |
| OBSIDIAN FINANCE GROUP, LLC; KEVIN D. PADRICK, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CRYSTAL COX, <br><br> Defendant - Appellee. | No. 12-35319 <br><br> D.C. No. 3:11-cv-00057-HZ District of Oregon, Portland |

Before: ALARCÓN, M. SMITH, and HURWITZ, Circuit Judges.

Obsidian Finance Group, LLC and Kevin D. Padrick's unopposed motion to stay the mandate pending application for a writ of certiorari is granted. Fed. R. App. P. 41(b).

Therefore, it is ordered that the mandate is stayed pending the filing of the petition for writ of certiorari in the Supreme Court. The stay shall continue until final disposition by the Supreme Court.